IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                   ORDER

                Plaintiff,

                                                13-cr-13-bbc

    v.

ADRIAN COLLINS,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The court held a telephone status conference in this case on April 24, 2014.  The government appeared by Assistant United States Attorney Paul Connell.  Defendant appeared by Mark Maciolek.

      Mr. Maciolek advised that he has attempted to contact defendant times to discuss scheduling a plea hearing, with no success.  After consulting with both sides, it was agreed that counsel would work with the clerk's office to set a date and time for a plea hearing.  Mr. Maciolek is to advise the defendant, by certified mail, of the date and time of the hearing.  If defendant fails to appear at the hearing, a warrant will be issued for his arrest.

      Entered this 24th day of April, 2014.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge