IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                ORDER

            v.                        13-cr-13-jdp-1

ADRIAN S. COLLINS,

                Defendant.

---

A hearing on the probation office's petition for judicial review of Adrian S. Collins' supervised release was held on February 2, 2023, before U.S. District Judge James D. Peterson. The government appeared by Assistant U.S. Attorney Zachary Corey. Defendant was present in person and by counsel Robert Ruth. Also present was U.S. Probation Officer Jelani D. Brown.

Based on the parties' agreement, and the endorsement of the probation office, the court will hold open the petition for judicial review, Dkt. 131, and continue defendant's supervised release with modified conditions.

ORDER

IT IS ORDERED that the period of supervised release imposed on defendant on August 12, 2021, is CONTINUED. The Court will reconvene to address the probation office's petition after defendant's pending state charges are resolved, or earlier if defendant violates his conditions of supervision. The court also orders that the conditions of supervision are modified to add the following conditions:

| 18) | **Participate for a period of 81 days in a location monitoring program that includes active GPS monitoring. Defendant shall abide by the technology requirements implemented at the direction of the supervising U.S. Probation Officer. Defendant shall not be responsible for the cost of location monitoring. During this period, defendant shall remain at defendant's residence every day from 9:00pm until 6:00am. Exceptions for employment and education purposes; religious services: medical, mental health, and substance abuse treatment; attorney visits; court appearances; and other activities are to be pre-approved by the supervising U.S. Probation Officer.** | Based on the nature of defendant's noncompliance while on supervision, his failure to report to the probation office as instructed, the need to protect the public from further criminal history, and the need to refer him for treatment services. |
| --- | --- | --- |
| 19) | **Defendant shall comply with all instructions and directions imposed by his health care providers, including timely taking all prescribed medications.** | Based on the nature of defendant's noncompliance while on supervision, the need to protect the public from further criminal history, and the need to hold him accountable to support his own efforts to obtain and maintain sobriety. |

Entered February 2, 2023.

BY THE COURT:

_____/s/_____
Honorable James D. Peterson
U.S. District Judge